# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY<br><br>Plaintiff,<br>v.<br>GEORGE MITCHELL, Trustee, MITCHELL FAMILY TRUST; GEORGE MITCHELL dba Mitchell's Gash Burger Box; AND DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No.: 17-cv-00657-PA-DTB<br><br>ORDER ON JOINT STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE |

///
///
///

Pursuant to the Joint Stipulation For Dismissal With Prejudice on file herein by the parties and for Good Cause shown:

All Defendants are dismissed with prejudice from Plaintiff's Complaint. Additionally, Plaintiff's Complaint is dismissed with prejudice in its entirety. Each party shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED**

Dated: August 2, 2017

By: _____
Honorable Percy A. Anderson
United States District Judge